518 A.2d 266

**Nathaniel G. WOOD, Executor of the Estate of Reverend George H. Wood, Deceased**

**v.**

**Mark E. SMITH and Robert Whittaker, Ind. and t/a Smith and Whittaker, a Partnership, Appellants.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1986.

Decided Dec. 10, 1986.

William B. Moyer, Michael S. Valimont, Doylestown, for appellants.

Richard A. Weisbord, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.